

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAKA AMIR FARRAKHAN,<br>　　Plaintiff, | Civil Action No. 7:11-cv-00185 |
| v. | MEMORANDUM OPINION |
| GENE JOHNSON, et al.,<br>　　Defendants. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

By Order entered January 10, 2012, the court directed plaintiff to file an Amended Complaint that complies with Rules 8, 10, 18, and 20, Fed. R. Civ. P. The Order advised plaintiff that that failing to respond would result in the dismissal of the action without prejudice. Plaintiff subsequently requested a ninety-day extension of time, and on February 1, 2012, the court granted plaintiff a thirty-day extension to comply with the January 10, 2012, Order. More than thirty days have passed, and plaintiff has not complied with the January 10, 2012, Order or contacted the court. Accordingly, I dismiss the action without prejudice for failing to comply with the court's January 10, 2012, Order and for failing to prosecute this action. Plaintiff may refile his claims in a new and separate action.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of March, 2012.

　　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　　Senior United States District Judge