CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 26 2012
JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAKA AMIR FARRAKHAN,    )<br>        Plaintiff,            )<br>                                      )<br>v.                                  )<br>                                      )<br>GENE JOHNSON, <u>et al.</u>,    )<br>        Defendants.         ) | Civil Action No. 7:11-cv-00185<br><br>**ORDER**<br><br>By:    Hon. Jackson L. Kiser<br>         Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 26th day of March, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge