CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 2 6 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHAKA AMIR FARRAKHAN, ) | |
|     Plaintiff, ) | Civil Action No. 7:11-cv-00185 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GENE JOHNSON, et al., ) | By:  Hon. Jackson L. Kiser |
|     Defendants. ) |        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 26th day of March, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge